DAVID Ross et al., Appellants, *v.* CHARLES B. GREENBERG et al., Respondents, et al., Defendants.

Argued February 28, 1945; decided April 5, 1945.

*Louis Freedman* for appellants.
*Lucien Nemser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.